USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 6/14/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

MARION SHARKEY,

Plaintiff,

- against -

GP 275 OWNER LLC., RFR HOLDING, LLC., RFR REALTY, LLC., and MALATESTA PALADINO, INC.,

Defendants.

--------------------------------------------------------X

15-CV-3275 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that Plaintiff and the remaining Defendant, Malatesta Paladino, Inc., have reached settlement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 14, 2016
New York, New York

Vernon S. Broderick
United States District Judge